

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00029-CV

**TEXAS MUTUAL INSURANCE COMPANY**,
Appellant

v.

**VERACITY AVIATION LLC**; Robinson Helicopter Company; Gillespie Air Services, Inc.
and Gillespie Air Services, Inc. d/b/a Fredericksburg FBO; Eric A. Spitzer LLC; Gary D.
Monroe and J. Travis Monroe, as the representative of the Estate of Chester S. Monroe; and John
Doe, Temporary Administrator of the Estate of Chester E. Monroe,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 14-472
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:  Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 25, 2020

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of

service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a). However, costs of appeal are taxed against appellant. *See*

*id.* 42.1(d) (requiring court to assess costs against the appellant absent agreement of the parties).

PER CURIAM